## 33018. BLACK v. CONNER.

Per curiam.
There being no transcript of the evidence filed in the court below, this court cannot review the trial court's exercise of discretion in this child custody case. *Wright v. Greene,* 238 Ga. 166 (232 SE2d 79) (1977).

*Judgment affirmed. All the Justices concur.*

Submitted November 28, 1977 — Decided January 31, 1978.

*Nicholas E. Bakatsas,* for appellant.
*Al Johnson,* for appellees.